**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Dennis D. Aguino and Yannsi Espinal, individually
and on behalf of all others similarly situated,

                    Plaintiff,

                  -against-

AFNI, Inc.,

                  Defendant.

Docket No: 1:17-cv-03441-AJN-SDA

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

     **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: February 20, 2018

| | |
|---|---|
| **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.** | **BARSHAY SANDERS, PLLC** |
| | By:   /s David M. Barshay |
| By:   */s Spencer Schulz* | David M. Barshay |
| Spencer Schulz, Esq. | 100 Garden City Plaza, Suite 500 |
| 3 Cross Creek Drive | Garden City, New York 11530 |
| Flemington, New Jersey 08822 | Tel. (516) 203-7600 |
| Tel: (908) 237-1660 | Email: *ConsumerRights@BarshaySanders.com* |
| *Attorneys for Defendant* | Our File No: 113344 |
| | *Attorneys for Plaintiff* |