UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dennis D. Aguino and Yannsi Espinal, individually
and on behalf of all others similarly situated,

                    Plaintiff,                              Docket No: 1:17-cv-03441-AJN-SDA

                    -against-

AFNI, Inc.,

                    Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

   IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or

their respective counsel(s) that the above-captioned action is voluntarily dismissed with

prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear

its respective attorney's fees and costs.

Dated: February 20, 2018

SESSIONS, FISHMAN, NATHAN &              BARSHAY SANDERS, PLLC
ISRAEL, L.L.C.

By: ___/s Spencer Schulz___              By:___/s David M. Barshay___
Spencer Schulz, Esq.                     David M. Barshay
3 Cross Creek Drive                      100 Garden City Plaza, Suite 500
Flemington, New Jersey 08822             Garden City, New York 11530
Tel: (908) 237-1660                      Tel. (516) 203-7600
*Attorneys for Defendant*                Email: *ConsumerRights@BarshaySanders.com*
                                         Our File No: 113344
                                         *Attorneys for Plaintiff*